THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:22CR00038-2-DPM |
| vs. ) | |
| ) | |
| CLAYVEON HOWARD ) | |

MOTION FOR CONTINUANCE

Comes the Defendant, Clayveon Howard, by and through his attorney, John Barttelt, and for his motion states as follows:

1. CJA Counsel was appointed on February 17, 2022.

2. A trial is currently set for March 28, 2022.

6. The Defendant is charged with Felon in Possession of a Firearm 18 U.S.C. 922(g)(1).

7. Counsel needs time to properly receive discovery, investigate and prepare a defense. Counsel has conferred with the Unites States Attorney Amanda Fields and she has no objection to this motion.

8. As both parties agree to this Motion, any time period from the date of the Order granting continuance up to and including the new date for the trial to begin would be excluded from Speedy Trial. The ends of justice will be served by allowing parties additional time to receive full discovery and properly prepare their cases and/or discuss plea negotiations and a continuance outweighs the best interests of the parties and the Public in a speedy trial.

Wherefore, the Defendant moves for a continuance and all other relief which he may be entitled.

*/s/ John Barttelt*
John Barttelt
Bar number: 87011
Attorney for Defendant
2333C Hwy 62/412
Hardy, Arkansas  72542
Telephone: (870) 933-9400
Email: barttelt@yahoo.com

CERTIFICATE OF SERVICE

I, John Barttelt, certify that I have provided a copy of the foregoing pleading to the State of Arkansas/plaintiff by mailing a copy of this pleading to:

Ms. Amanda Fields
United States Attorney's Office
425 West Capitol Avenue Suite 500
Little Rock, AR  72201

On this 16th day of March 2022.

*/s/ John Barttelt*
John Barttelt
Bar number: 87011
2333C Hwy 62/412
Hardy, Arkansas  72542
(870) 933-9400
Email: barttelt@yahoo.com