# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                       No. 4:22-cr-38-DPM-2

CLAYVEON HOWARD                                             DEFENDANT

## ORDER

1.  After conferring with counsel, Clayveon Howard consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 56*. No objections were filed and the time to do so has passed.

2.  Howard, who had previously been convicted of a felony, knowingly possessed a firearm with a connection to interstate commerce on 26 January 2022 in the Eastern District of Arkansas, as charged in count three of the Indictment. He made a knowing and voluntary choice to plead guilty. The Court accepts Howard's guilty plea and convicts him of the offense.

3.  A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2023